**S. E. THOMPSON, Appellant, v. STATE, Appellee.**

No. 26223.

Court of Criminal Appeals of Texas.

Jan. 14, 1953.

Charles W. Tessmer, Dallas, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of theft of property over the value of $50. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is ordered dismissed.